IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| STERLING NATIONAL BANK, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 3:19-cv-01115-JPG |
| VI CORPS, DON BETHUNE, and VICTOR VICARI, | ) |
| Defendants. | ) |

### JUDGMENT IN A CIVIL CASE

This matter having come before the Court, the cross-defendants having failed to plead or otherwise defend, and default having been entered;

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment in this case is entered in favor of Defendant/Cross-Plaintiff DON BETHUNE and against VI CORPS and VICTOR VICARI jointly and severally in the total amount of sixty-four thousand, six-hundred fifty-six dollars and seven cents ($64,656.07), based on the $5,000.00 settlement payment to Sterling National Bank, and Defendant/Cross-Plaintiff Bethune's fees and costs of $59,656.07.

**DATED:** February 16, 2024

MONICA A. STUMP, Clerk of Court

By: *s/ Tina Gray*,
Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
J. PHIL GILBERT
U.S. DISTRICT JUDGE